UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES FUNCHES,
    Petitioner,

vs.                              Case No.: 3:21cv884/LAC/EMT

M.V. JOSEPH,
    Respondent.
_____/

# ORDER

The chief magistrate judge issued a Report and Recommendation on December 9, 2021 (ECF No. 14). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 14) is adopted and incorporated by reference in this order.

2.    Respondent's motion to dismiss (ECF No. 10) is **GRANTED**.

3.    The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED without prejudice.**

Page of 2

4. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 30th day of December, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:21cv884/LAC/EMT